No. 04–9851. MULDROW v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9854. LEONARD v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–9857. LAUER v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–9859. McCRAY v. McKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9860. MORRIS v. McKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9863. RUDDICK v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–9869. ROBINSON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–9870. HARRIS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 04–9871. DANIEL v. MILLS, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–9876. CONRAD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9883. COLIDA v. SHARP ELECTRONICS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–9894. BUCHANAN v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9914. STALEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–9940. KHOTESOUVAN ET AL. v. CLARK, FIELD OFFICE DIRECTOR, SEATTLE, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. C. A. 9th Cir. Certiorari denied.